J. J. LITTLE & IVES COMPANY, Appellant, v. ACCEPTANCE CORPORATION,

Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.